UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FISH NORTHWEST,

              Plaintiff,

   v.

BARRY THOM, et al.,

             Defendants.

C21-570 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Plaintiff's motion for leave to amend, docket no. 28, is GRANTED. Plaintiff shall electronically file the Second Amended Complaint, attached as Exhibit A to the motion, via the Case Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the date of this Minute Order. Using the CM/ECF system, plaintiff shall add any new parties and terminate any parties no longer named in the Second Amended Complaint, as applicable;

      (2)    Notwithstanding the stipulated deadline previously approved by the Court on July 13, 2021, *see* docket no. 26, any answer or response to the Second Amended Complaint is due within fourteen (14) days after the Second Amended Complaint is filed. Fed. R. Civ. P. 15(a)(3); and

      (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 12th day of August, 2021.

                                                                   Ravi Subramanian
                                                                   Clerk

                                                                   s/Gail Glass
                                                                   Deputy Clerk

MINUTE ORDER - 1