UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FISH NORTHWEST,

                Plaintiff,

    v.

BARRY THOM, et al.,

                Defendants.

C21-570 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of Plaintiff's Second Amended Complaint ("SAC"), filed on August 13, 2021, docket no. 39, the Court hereby STRIKES as moot Plaintiff's motion for a preliminary injunction, docket no. 29, which is based on an inoperable complaint; and

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of August, 2021.

                                      Ravi Subramanian
                                      Clerk

                                      s/Gail Glass
                                      Deputy Clerk

MINUTE ORDER - 1