UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FISH NORTHWEST,

        Plaintiff,

  v.

BARRY THOM, et al.,

        Defendants.

C21-570 TSZ

MINUTE ORDER

Having reviewed the parties' Joint Status Report, docket no. 58, the Court adopts the following briefing schedule:

| | |
|---|---|
| Deadline for filing administrative record | December 17, 2021 |
| Non-dispositive motions relating to the administrative record shall be filed by (such motions to be noted for the third Friday after filing) | February 11, 2022 |
| Plaintiff's motion for summary judgment shall be filed by (motion to be noted for May 6, 2022) | March 25, 2022 |
| Defendants' response to Plaintiff's motion for summary judgment shall be filed by | April 22, 2022 |
| Defendants' motion for summary judgment shall be filed by (motion to be noted for May 20, 2022) | April 22, 2022 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| Plaintiff's response to Defendants' motion for summary judgment shall be filed by | | May 6, 2022 |
| Plaintiff's Reply in support of its motion for summary judgment shall be filed by | | May 6, 2022 |
| Defendants' Reply in support of their motion for summary judgment shall be filed by | | May 20, 2022 |

The dates and deadlines set forth herein are firm and can be changed only by order of the Court. The Court will alter this case schedule only upon good cause shown.

Defendants shall lodge an electronic copy of the administrative record with the Court, instead of on CM/ECF, but are required to file the indices to the administrative record through CM/ECF. Electronic copies of the administrative record must be provided to the Court and Plaintiff's counsel by December 17, 2021. The Court reserves the right to modify this Minute Order if the Court is unable to access the electronic copy of the administrative record Defendants provide to the Court.

Upon request, the Court will require the National Marine Fisheries Service to promptly provide an electronic copy of the administrative record to any member of the public that requests one.

If this case settles, counsel shall immediately notify Chambers at (206) 370-8830; failure to do so constitutes grounds for sanctions. *See* Local Civil Rule 11(b).

A copy of this Minute Order shall be sent to all counsel of record.

Dated this 22nd day of November, 2021.

Ravi Subramanian
Clerk

/s/ Gail Glass
Deputy Clerk

MINUTE ORDER - 2