UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FISH NORTHWEST,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BARRY THOM, et al.<br><br>　　　　　　Defendant. | C21-570 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　Plaintiff's motion for summary judgment, docket no. 62, is RENOTED to May 20, 2022, and will be considered together with defendants' cross-motion for summary judgment, docket no. 64.  Plaintiff's consolidated reply in support of its motion and response to defendants' cross-motion remains due on May 6, 2022.  *See* Minute Order (docket no. 59); *see also* docket entry dated April 29, 2022.

　　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 6th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1